IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN L. STANN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OLANDER PROPERTY | : | |
| MANAGEMENT CO. INC., et al., | : | |
| | : | NO. 11-7865 |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 23rd day of July, 2014, upon consideration of Defendants' Motion to Dismiss (Docket No. 28), and Plaintiff's Opposition (Docket No. 29), it is hereby **ORDERED** that Defendants' Motion is GRANTED in part, and DENIED in part as follows:

1. Plaintiff's claim for Tortious Interference with Prospective Contractual Relations (Count I) is DISMISSED;

2. Plaintiff's claim for Conspiracy (Count IV) is DISMISSED without prejudice;

3. Plaintiff's claim for breach of fiduciary duty against Olander Property Management Co., Inc., and Lander, Inc., is dismissed; and,

4. The remainder of Defendants' Motion is DENIED.

5. Plaintiff shall have until August 15, 2014, to file an amended complaint.

6. Defendants shall file an answer to the Complaint on or before September 5, 2014.

7. The parties shall appear for an initial pretrial conference at 2:00 PM on Friday, September 19, 2014.[1]

**IT IS SO ORDERED.**

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The details and expectations for the initial pretrial conference will be provided with a Notice also issued today. In addition to following the guidance provided with the Notice, counsel should address any deadlines or other timing issues raised by the class action nature of the case.