IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN L. STANN, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OLANDER PROPERTY MANAGEMENT | : | |
| CO. INC. et al., | : | No. 11-7865 |
|     *Defendants*. | : | |

## ORDER

**AND NOW**, this 24th day of July, 2015, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 57), Plaintiff's Response in Opposition (Docket No. 69), Plaintiff's Reply in Support of the Motion (Docket No. 72), Defendants' Motion to Supplement the Summary Judgment Record (Docket No. 73), Plaintiff's Motion for Leave to File a Surreply Brief Longer Than 15 Pages In Toto (Docket No. 74), Plaintiff's Motion for Leave to Supplement Plaintiff's Surreply (Docket No. 78), Plaintiff's Motion to File Exhibits Under Seal (Docket No. 78-3), and the parties' other submissions to the Court, and following oral argument on July 21, 2015, for the reasons set forth in the Court's Memorandum of even date, **the Court hereby ORDERS** that:

1. Defendants' Motion to Supplement the Summary Judgment Record (Docket No. 73) is **GRANTED**;

2. Plaintiff's Motion for Leave to File a Surreply Brief Longer than 15 Pages In Toto (Docket No. 74) is **GRANTED**;

3. Plaintiff's Motion to File Exhibits Under Seal (Docket No. 75) is **GRANTED**;

4. Plaintiff's Motion for Leave to Supplement Plaintiff's Surreply (Docket No. 78) is **GRANTED IN PART and DENIED IN PART** so that in connection with Defendants' Motion for Summary Judgment (Docket No. 57):

2

    a. The Court will consider Plaintiff's Motion for Leave to Supplement Plaintiff's Surreply (Docket No. 78) and the exhibits attached thereto; but

    b. Plaintiff is denied leave to further supplement her briefing or the record;

5. Plaintiff's Motion to File Exhibits Under Seal (Docket No. 78-3) is **GRANTED**;

6. Defendants' Motion for Summary Judgment (Docket No. 57) is **GRANTED**;

7. The captioned case is **DISMISSED**; and

8. The Clerk of Court shall **MARK THIS CASE CLOSED** for all purposes, including statistics.

                                          BY THE COURT:

                                          S/Gene E.K. Pratter
                                          GENE E.K. PRATTER
                                          United States District Judge